# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LYNETTE PARQUETTE HAGANS** | * | **CIVIL ACTION NO.: 07-5917** |
| v. | * | **JUDGE:** **SECTION M** |
| **WILCO INDUSTRIAL SERVICES, L.L.C.** | * | **MAGISTRATE:** **1** |

## ORDER APPROVING MOTION TO DISMISS WITH PREJUDICE

**CONSIDERING THE FOREGOING** Motion to Dismiss with Prejudice, **IT IS ORDERED** that the Complaint and all claims of plaintiff, LYNETTE PARQUETTE HAGANS, and all parties be and are hereby dismissed, with full prejudice and with each party to bear her or its own respective costs.

New Orleans, Louisiana, this __29th__ day of _____July_____, 2008.

_____
JUDGE
UNITED STATES DISTRICT COURT

1